**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SREEKANTH REDDY NARSIMHAREDDY and JYOTHI NARUKULA,**

**Plaintiffs,**

**v.** **Case No: 8:25-cv-03473-MSS-LSG**

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,**

**Defendants.**

---

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Plaintiff Sreekanth Reddy Narsimhareddy's Notice of Voluntary Dismissal. (Dkt. S-8) The Notice of Voluntary Dismissal purports to dismiss "this action in its entirety" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Id.) Because the Notice of Voluntary Dismissal is signed by one plaintiff, *pro se* Plaintiff Narsimhareddy, but not the other plaintiff, *pro se* Plaintiff Jyothi Narukula, (see id.), the Notice of Voluntary Dismissal cannot effect dismissal as to Plaintiff Narukula even if it were intended to do so. See Fed. R. Civ. P. 11(a) ("Every . . . paper must be signed by . . . by a party personally if the party is unrepresented."); cf. Turner v. Cunningham, No. 08-0249-WS-M, 2008 WL 2157113, at *1 n.2 (S.D. Ala. May 20, 2008) ("One plaintiff cannot sign on behalf of the others, for the simple reason that a *pro se* plaintiff cannot represent other *pro se*

plaintiffs in legal proceedings in federal court.") (citing Miller v. Bobbitt, 779 F. Supp. 495, 496 (D. Or. 1991) (pointing out that a *pro se* plaintiff cannot represent another *pro se* plaintiff, and that all such plaintiffs must sign all pleadings in which they wish to be a part)). Accordingly, the Court construes the Notice of Voluntary Dismissal as effecting dismissal as to only Plaintiff Narsimhareddy. See Dorn v. Vivint, Inc., 719 F. Supp. 3d 1223, 1225 (M.D. Ala. 2024).

Upon review and consideration of the foregoing, the Court **ORDERS** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and upon review of Plaintiff Sreenkanth Reddy Narsimhareddy's Notice of Voluntary Dismissal, (Dkt. S-8), this case is **DISMISSED WITHOUT PREJUDICE** as to Plaintiff Sreekanth Reddy Narsimhareddy. The **Clerk** is **DIRECTED** to **terminate** Plaintiff Sreenkanth Reddy Narsimhareddy as a party to this case. Absent a separately filed and signed notice, this case shall proceed in the normal course as to Plaintiff Jyothi Narukula.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of February 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person